# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRACY HANDLEY; SHELLY PHILLIPS; MARGARET ADEBAYO; JANICE ATWELL; ERNEST HOPKINS; DARNELL NEWTON, BRETT RICH; And SANDEE SALMON, on behalf of themselves, and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>DAIICHI SANKYO, INC.; DAIICHI SANKYO CO., LTD.; DAIICHI SANKYO US HOLDINGS, INC.; FOREST LABORATORIES, LLC; FOREST LABORATORIES, INC.; FOREST PHARMACEUTICALS, INC.; and FOREST RESEARCH INSTITUTE, INC.<br><br>       Defendants. | CASE NO.  5:18-cv-00853 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### AS TO ALL DEFENDANTS

**COME NOW,** the Plaintiffs, TRACY HANDLEY, SHELLY PHILLIPS, MARGARET ADEBAYO, JANICE ATWELL, ERNEST HOPKINS, DARNELL NEWTON, BRETT RICH and SANDEE SALMON, by and through undersigned counsel, and pursuant to Rule

41(a)(1)(A)(i), Federal Rules of Civil Procedure, hereby voluntarily dismiss the within action, without prejudice, as to all Defendants.

                                                                     Respectfully Submitted:

                                                                     /s/ Matthew J. Sill
                                                                     Matthew J. Sill
                                                                     Fulmer Sill
                                                                     1101 N. Broadway, Ste. 102
                                                                     Oklahoma City, OK 73103
                                                                     Telephone: (405) 509-6300
                                                                     Fascimile: (405) 509-6268
                                                                     Email: MSill@FulmerSill.com

                                                                   *Counsel for All Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 31st day of August, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

                                      /s/ Matthew J. Sill
                                      Matthew J. Sill
                                      Fulmer Sill
                                      1101 N. Broadway, Ste. 102
                                      Oklahoma City, OK 73103
                                      Telephone: (405) 509-6300
                                      Fascimile: (405) 509-6268
                                      Email: MSill@FulmerSill.com

                                      Counsel for All Plaintiffs